UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
------------------------------------------------------------------------x

ANDRE BATTLE, on behalf of himself and all others
similarly situated,

Civil Action No:
1:25-cv-13667

Plaintiff,

-v.-

Merchbar, Inc.

Defendants.
------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 29, 2025

Respectfully Submitted,

/s/Uri Horowitz
Uri Horowitz, Esq.
**Horowitz Law, PLLC**
144-41 70th Road
Flushing, NY 11367
uri@horowitzlawpllc.com
Tel. 718-705-8700
Fax 718-705-8705
*Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 29th day of December, 2025        Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz